666 S.E.2d 757 (2008)
Betty L. GRANT, Executrix of the Estate of Tommy J. Grant
v.
HIGH POINT REGIONAL HEALTH SYSTEM.
No. 474PA05-2.
Supreme Court of North Carolina.
October 10, 2008.
Kennedy, Kennedy, Kennedy & Kennedy, L.L.P., by Harvey L. Kennedy and Harold L. Kennedy, III, Winston-Salem, for plaintiff-appellee.
Sharpless & Stavola, P.A., by Joseph P. Booth, III, Greensboro, for defendant-appellant.
PER CURIAM.
DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.